United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ARTHUR DEPONTE,

Plaintiff,

v.

JESSICA BOWMAN, et al.,

Defendants.

Case No.  24-cv-01414-JD

**ORDER OF TRANSFER**

Re: Dkt. Nos. 2, 9

This is a civil rights case brought pro se by a state prisoner.  Plaintiff presents allegations regarding an incident that occurred at California Medical Facility.  This prison is located within the venue of the United States District Court for the Eastern District of California.  Plaintiff is also incarcerated in the Eastern District.  Because the events for this case and defendants are located in the Eastern District, venue properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

This case is transferred to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the Court will not rule upon plaintiff's pending motions (Dkt. No. 2, 9) which are vacated.

**IT IS SO ORDERED.**

Dated: April 26, 2024

_____
JAMES DONATO
United States District Judge